PROB 12B
ED/AR (12/2012)



# United States District Court

### for the

### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 06 2015

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Henry Virgil Benton                    Case Number:  4:14CR00082 JLH

Name of Sentencing Judicial Officer:     Honorable John E. Jones III, Middle District of Pennsylvania
United States District Judge

April 2, 2014: Jurisdiction accepted in the Eastern District of
Arkansas by the Honorable J. Leon Holmes
United States District Judge

Original Offense:     Damaging Pipeline Facility During Excavation Activity

Date of Sentence:     April 26, 2013

Original Sentence:     12 months and one day Bureau of Prisons, 3 years supervised release, drug testing,
DNA collection, no new lines of credit, financial conditions, all monies received
from income tax refunds, lottery winnings, judgments, and/or other anticipated or
unexpected financial gains to the outstanding court-ordered financial obligations,
$121,100.00 restitution and $100 special penalty assessment

| Type of Supervision: | Supervised Release | Date Supervision Commenced:  March 13, 2014 Date Supervision Expires:  March 12, 2017 |
|---|---|---|
| U.S. Probation Officer:  Dwayne M. Ricks | Asst. U.S. Attorney:  John Ray White | Defense Attorney:  Jenniffer Horan |

## PETITIONING THE COURT

☐     To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒     To modify the conditions of supervision as follows:

The defendant will participate under the guidance and supervision of the probation office in a substance
abuse treatment program which may include drug and alcohol testing, outpatient counseling, and
residential treatment. The defendant will abstain from the use of alcohol during supervision. The
defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to
exceed $40 per month, based on ability to pay as determined by the probation office. In the event the
defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived
(This special condition overrides the 7th Standard Condition of Supervision on the Judgment and
Commitment order).

## CAUSE

Prob 12B                                    -2-                        Request for Modifying the
                                                                Conditions or Terms of Supervision
                                                                     with Consent of the Offender

Name of Offender:  Henry Virgil Benton                          Case Number:  4:14CR82 JLH

On April 9, 2015, a urine specimen obtained from Mr. Benton tested presumptively positive for marijuana. On this same date, Mr. Benton signed an admission form admitting to using marijuana on or about April 1, 2015. On April 16, 2015, Mr. Benton signed the attached Prob 49 waiving his rights to a hearing and agreeing to modify his conditions to include participation in a substance abuse treatment program. On April 16, 2015, Federal Public Defender Jenniffer Horan indicated she had advised Mr. Benton to agree to the modification.

_Dwayne Ricks_                                                  _John Ray White_

Dwayne M. Ricks                                                 John Ray White
U.S. Probation Officer                                          Assistant U.S. Attorney

Date: April 27, 2015                                            Date:  06/25/15

Approved:

_Jenny Doll_

Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☑  The Modification of Conditions as Noted Above
☐  Other

_J. Leatherby_

Signature of Judicial Officer

_7/6/2015_

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will participate under the guidance and supervision of the probation office in a substance abuse treatment program which may include drug and alcohol testing, outpatient counseling, and residential treatment. The defendant will abstain from the use of alcohol during supervision. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived (This special condition overrides the 7th Standard Condition of Supervision on the Judgment and Commitment order).

Witness _____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

4-16-15
(Date)